# Ex Parte Chico et al.

Solicitud para que se expida un mandamiento de

Habeas Corpus.

No. 48. Resuelto en Marzo 31, 1905.

Habeas Corpus.—Fundamento de la petición.—Si la solicitud en que se interese la expedición de un auto de Habeas Corpus no estuviere fundada en ninguno de los casos que enumera el art. 483 del Código de Enjuiciamiento Criminal, la solicitud de excarcelación deberá declararse sin lugar.

Abogado del Peticionario: *Sr. Martínez Quintero.*
Abogado del Pueblo: *Sr. Rossy,* Fiscal.

### OPINIÓN DEL TRIBUNAL.

No estando fundada la solicitud de Habeas Corpus presentada por el abogado Don Eugenio Benítez Castaño en representación de los peticionarios arriba expresados en ninguno de los casos que enumera el artículo 483 del Código de Enjuiciamiento Criminal, y siendo por otra parte el presente caso completamente distinto al resuelto por esta Corte Suprema referente á Francisco Márquez Cuello,

Se declara sin lugar la solicitud de excarcelación, y en su consecuencia se ordena que los peticionarios Ramón Chico, José Acevedo, Antonio Acevedo, Cruz Concepción, Gregorio Correa y Eleuterio López, queden bajo la custodia del Alcaide de la Cárcel de Aguadilla que aquí les condujo, imponiéndose las costas del procedimiento á los peticionarios.

*Sin lugar.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados, Hernández, Figueras y MacLeary.

El Juez Asociado Sr. Wolf no formó Tribunal en la vista de este caso.